THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KARRAN NANKU, Appellant. [57 NYS3d 909]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Griffin, J.), rendered April 17, 2014, convicting him of criminal possession of a weapon in the fourth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

In fulfilling our responsibility to conduct an independent review of the weight of the evidence pursuant to CPL 470.15 (5), we nevertheless accord great deference to the factfinder's opportunity to view the witnesses, hear the testimony, and observe demeanor (see People v Mateo, 2 NY3d 383, 410 [2004]; People v Bleakley, 69 NY2d 490 [1987]). "[T]he appropriate standard for evaluating [a] weight of the evidence argument is the same, regardless of whether the factfinder was a judge or jury" (People v Rojas, 80 AD3d 782, 782 [2011] [internal quotation marks omitted]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (see People v Romero, 7 NY3d 633 [2006]). Mastro, J.P., Rivera, Sgroi and Maltese, JJ., concur.